# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BOLEY, | ) |
| Plaintiff, | ) DIST. COURT NO.:4:17-CV-1400 |
| vs. | ) STATE CASE NO.: |
| | ) 17SL-CC00967 |
| HOVG, LLC, | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, HOVG, LLC ("HOVG" or "Defendant"), by and through its undersigned counsel, Hinshaw & Culbertson LLP, and pursuant to 28 U.S.C. §1441 and §1446 invokes this Court's jurisdiction under the provisions of 28 U.S.C. §1331, and states the following grounds for removal:

1. On March 14, 2017, Plaintiff filed a petition against Defendant in the Circuit Court of Saint Louis County, Missouri, Case No. 1511-CC00632 (the "State Court Case"). True and accurate copies of all documents filed in the State Court Case are attached hereto and incorporated herein by reference as **Group Exhibit A**.

2. Process was served upon HOVG on March 31, 2017.

3. Under 28 U.S.C. §1446(b)(1), a notice of removal may be filed within 30 days after receipt by the Defendant of the initial pleading. As such, this Notice of Removal is timely filed under 28 U.S.C. §1446(b).

4. Pursuant to 28 U.S.C. §1446(a), the State Court Case, which was commenced in the Circuit Court for the Twenty-First Judicial Circuit Court, St. Louis County, Missouri, may be

removed to this Federal District Court, being a United States District Court for the Eastern District of Missouri, which embraces St. Louis County, Missouri within its jurisdiction.

5. Attorneys for Plaintiff, Bryan E. Brody and Alexander J. Cornwell, 1 North Taylor Avenue, Saint Louis, Missouri, are hereby notified that the aforementioned case has been removed to the United States District Court, Eastern District of Missouri, Eastern Division.

6. A Notice of Filing of Notice of Removal and a copy of this Notice of Removal are being filed in the Twenty-First Judicial Circuit Court, St. Louis County, Missouri, and copies of the same are being mailed to counsel for Plaintiff, pursuant to 28 U.S.C. § 1446. The Notice of Filing of Notice of Removal is attached hereto as **Exhibit B**.

7. This Notice of Removal is being filed pursuant to 28 U.S.C. § 1331, 1441 and 1446 based upon federal question.

8. The United States District Court for the Eastern District of Missouri has jurisdiction over the Plaintiff's claim due to the fact that the allegations contained in his complaint arise under the Constitution, laws or treaties of the United States. 28 U.S.C. §1331.

9. In the Petition, Plaintiff alleges that HOVG is liable to him and the putative class members for violating the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. 1692 *et seq.* because HOVG allegedly sought interest on the date of ambulance services rather than the date of demand for those services. Group Ex. A, Petition at ¶¶ 34, 55 and 56.

10. Because the Plaintiff's claims are based on alleged violations of the FDCPA, it invokes federal question jurisdiction.

WHEREFORE, Defendant HOVG, LLC prays this action be removed in its entirety from the Circuit Court for the Twenty-First Judicial Circuit Court, Missouri to the United States

District Court, Eastern District of Missouri and for any other relief the court deems just and equitable.

                            Respectfully submitted,

                            **HINSHAW & CULBERTSON LLP**

            By:    */s/Vitaly Libman*
                    One of its attorneys.

Hinshaw & Culbertson LLP
521 West Main Street
Suite 300
P.O. Box 509
Belleville, IL 62222-0509
Telephone: 618-310-2388
Facsimile: 618-655-0467
vlibman@hinshawlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 28, 2017, I caused **the foregoing** to be electronically filed with the clerk of the Court through the CM/ECF system with a copy of the same to be served by regular mail to the following:

Bryan E. Brody,
Alexander J. Cornwell,
1 North Taylor Avenue
Saint Louis, Missouri 63108
314.932.1068 / fax: 314.228.0338
bbrody@brodyandcornwell.com
acomwell@brodyandcornwell.com
***Attorneys for Plaintiff***

                            */s /Vitaly Libman*

11043059v1 0997516