UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BOLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:17-CV-01400- JAR |
| ) | |
| HOVG, LLC d/b/a BAY AREA CREDIT ) | |
| SERVICE, ) | |
| ) | |
| Defendant. ) | |

## ORDER & JUDGMENT

This matter is before the Court on Defendant's Rule 68 Offer of Judgment (Doc. 13-1) and Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment (Doc. 13). Pursuant to Federal Rule of Civil Procedure 68, the Court will enter judgment in light of Plaintiff's acceptance of Defendant's aforementioned offer.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Plaintiff Christopher Boley and against Defendant HOVG, LLC, for a total award of $6,500.00, which consists of (1) statutory damages of $1,001.00; and (2) attorney's fees and costs of $5,499.00.

**IT IS FURTHER ORDERED** that Plaintiff is directed to file a satisfaction of judgment upon full payment of the judgment proceeds or otherwise advise the Court of the status of this case within **thirty (30) days** of this Order.

**IT IS FINALLY ORDERED** that all deadlines in the Court's Rule 16 Order (Doc. 10) are **VACATED**.

                                                               _____
                                                               JOHN A. ROSS
                                                               UNITED STATES DISTRICT JUDGE

Dated this 22nd day of June, 2017.